UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DANIEL LOUIS SMITH**

    **Plaintiff,**

vs.       Case No: 5:25-cv-00647

**UNITED STATES OF AMERICA,**

    **Defendant.**

## COMPLAINT

1.  Plaintiff, Daniel Louis Smith, pursuant to the Federal Tort Claims Act, 28 U.S.C. §§2671-2680, seeks compensatory damages arising from Defendant United States of America's (hereinafter "Defendant"), negligence in the performance and operation of a prescribed burn in the Ocala National Forest.

### Jurisdiction and Venue

2.  This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331 in that this action arises under the laws of the United States of America and is premised on the acts and omissions of the Defendant acting under color of federal law. This Court further has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1346(b) in that this is a claim against the Defendant United States of America for money damages accruing on or after January 1, 1945, for personal injury caused by the negligent and wrongful acts and omissions of employees of the federal government while acting within the course and scope of their office or employment under circumstances where the Defendant,

if a private person, would be liable to the Plaintiff.

3.	Jurisdiction founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. §2671, *et. seq.*

4.	Pursuant to the FTCA, 28 U.S.C. §2671, *et. seq.*, the Plaintiff on or about January 2, 2025, presented his claim to the appropriate federal agency for administrative settlement under the FTCA requesting $2,050,000.00, or more. See, Exhibit "A", FTCA Standard Form 95. By letter dated April 18, 2025, Plaintiff's claim was denied in writing by the United States Department of Agriculture and such denial was sent by Certified Mail, Return Receipt Requested, to the Plaintiff. See, Exhibit "B", USDA Denial Letter.

5.	This action is timely pursuant to 28 U.S.C. §2401(b) in that it was presented to the appropriate federal agency within two years of accrual and this action was filed within six months of receipt of the certified letter sent by the federal agency denying the claim.

6.	Venue is proper in this District pursuant to 28 U.S.C. §§1391(b) and 1391(c), as Defendant does business in this judicial district and the events or omissions giving rise to the claims occurred in this judicial district.

## Count I - Negligence

7.	On or about January 19, 2023, Defendant through the United States Department of Agriculture, United States Forest Service, conducted a prescribed burn in the Ocala National Forest.

8.	Upon information, belief, and sworn testimony, Defendant negligently failed in its duty to notify and advise state and local law enforcement and/or to warn the public of

the known dangerous condition posed by the prescribed burn to those operating motor vehicles upon roads potentially affected by smoke from the prescribed burn.

9. As a direct and proximate result of the Defendant's breach of its duty to warn, the Plaintiff and multiple other members of the public were involved in motor vehicle collisions on or about County Road 314/Salt Springs Highway and surrounding roads in Marion County, Florida.

10. As a result Plaintiff suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. Plaintiff's losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and he lost the use of it during the period required for its repair or replacement.

WHEREFORE, Plaintiff, Daniel Louis Smith, demands judgment for damages against Defendant, United States of America.

Respectfully submitted,

By: /s/ *William E. Sublette, Esq.*
William E. Sublette, Esq.
Florida Bar No. 771996
SUBLETTE LAW, P.A.
250 N. Orange Ave., Ste. 1220
Orlando, Florida 32801
Telephone: (407) 426-8551
Facsimile: (407) 426-7789
Bill@SubletteLaw.com
*Attorney for Plaintiff*